17 F.3d 1189w
 Johanna TREVINO, a Minor, By and Through her next friend,
her Grandmother, Filadelphia CRUZ, Plaintiff-Appellee,
v.
Daryl GATES, Defendant,
and
Joel Wachs, Joy Picus, John Ferraro, Zev Yaroslavsky, Ruth
Galanter, Ernani Bernardi, Marvin Braude, Hal
Bernson, Michael Woo, Joan Flores,
Defendants-Appellants.
 No. 92-56069.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted Feb. 1, 1994.
Decided Feb. 28, 1994.
 
 1
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION. SEE 23 F.3D. 949.